IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORA CADIA FORD<br>also known as Cora Elder<br>also known as<br>Cora Ford Royal,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:12-CR-297-TWT |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 40] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Identification [Doc. 16]. The Defendant's Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Identification [Doc. 16] is DENIED.

SO ORDERED, this 10 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge