IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CORA CADIA FORD
also known as Cora Elder
also known as
Cora Ford Royal,

    Defendant.

CRIMINAL FILE NO.

1:12-CR-297-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 135] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 125]. In her Objections to the Report and Recommendation, the Defendant argues that her trial attorney rendered ineffective assistance of counsel. The evidence at trial was overwhelming that the Defendant was running a massive fraudulent tax scheme. The Defendant has not shown that her trial attorney was deficient in any way in not presenting any of the evidence or witnesses relied upon by the Defendant in her Objections. Nor has she shown that any of these facts would have led to a different result at her trial. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's

Motion to Vacate Sentence [Doc. 125] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 24 day of August, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge